UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MARILDA G. VALLEJO-HERNANDEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN KIMBERLY NEELY, ) <br> ) <br> Respondent. ) | Case No. 7:23-cv-1431-LCB-GMB |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 11) on March 12, 2024, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed with prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the Court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. A final judgment will be entered.

**DONE** and **ORDERED** April 3, 2024.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE